| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Document Publishing LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 45-4306738 |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>1 Underhill Road<br>Carskill, NY 11223<br>Number, Street, City, State & ZIP Code<br><br>Kings<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  Document Publishing LLC    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   5130

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor __Document Publishing LLC_____  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
      Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | | | |
|---|---|---|---|
| Debtor | Document Publishing LLC | Case number (*if known*) | |
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 30, 2025
                  MM / DD / YYYY

**X** /s/ Nick Vogelson           Nicholas Vogelson
Signature of authorized representative of debtor    Printed name

Title    Authorized Signatory

**18. Signature of attorney**

**X** /s/ Lawrence Morrison        Date   December 30, 2025
Signature of attorney for debtor                 MM / DD / YYYY

Lawrence Morrison
Printed name

Morrison Tenenbaum PLLC
Firm name

87 Walker Street, Second Floor
New York, NY 10013
Number, Street, City, State & ZIP Code

Contact phone         Email address   lmorrison@m-t-law.com

NY
Bar number and State

# United States Bankruptcy Court
## Eastern District of New York

In re: Document Publishing LLC

Debtor(s)

Case No.

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: December 30, 2025

Nicholas Vogelson/Authorized Signatory
Signer/Title

```
Bank of America
PO Box 982238
El Paso, TX 79998


Brinen & Associates
330 7th Avenue, Suite 501
New York, NY 10001


Die Keure Printing and Publishing
c/o Howard S. Bonfield
Wenig LLP 321 Broadway, Second Floor
New York, NY 10007


NYC Consumer & Worker Protection
42 Broadway
New York, NY 10004


Sarah Richardson
c/o Peter Michael Levine
444 Madison Avenue, Suite 410
New York, NY 10022
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:

                                                                                Chapter 11 Sub V

DOCUMENT PUBLISHING LLC                          Case No.

                               Debtor.

*-------------------------------------------------------------

## **<u>DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4</u>**

Nicholas Vogelson declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am currently the President of Document Publishing LLC (the "Debtor"). As such, I am familiar with the operations, business and financial affairs of the Debtor.

2. In accordance with the Local Rules, I am submitting this Declaration, to the best of my knowledge, pursuant to Local Rule 1007-4 to assist the Court, creditors and other parties-in-interest in understanding the circumstances necessitating the filing of the Chapter 11 petition, the Debtor's debt and capital structure, and the Debtors' plans to emerge from Bankruptcy.

### **Events Lead-Up to the Chapter 11 Filing**

3. The Debtor is a Publishing Company located at 1 Underhill Road, Catskill, NY 11223 (the "Property").

4. The Debtor has a judgement entered against them in the Kings County Supreme Court, Case Number 510568/2025, Sarah Richardson v. Nick Vogelson, Document Publishing LLC et al. In the amount of $600,000.00

5.  As such, the Debtor is filing this action in an attempt to restructure the business.

## Local Rule 1007-4 Disclosures

6.  Pursuant to Rule 1007-4(a)(v), no committee has been formed prior to the commencement of these cases.

7.  Pursuant to Rule 1007-4(a)(vi) of the local bankruptcy rules a list containing the names and addresses of each Debtor's twenty (20) largest unsecured creditors, excluding insiders, will be filed on the docket upon completion.

8.  Pursuant to Rule 1007-4(a)(vii) of the local bankruptcy rules, the debtor has no secured creditors

9.  Pursuant to Rule 1007-2(a)(viii), (xi), and (xii) of the local bankruptcy rules, the Debtor has no real property The Debtor's books and records are located at 1 Underhill Road, Catskill, NY 11223.

10. Pursuant to Rule 1007-2(a)(ix) of the local bankruptcy rules, the Debtor does not have any publicly held shares, debentures, or other securities.

11. The debtor has no employees.

12. The Debtor does not expect to receive revenues during the thirty (30) day period following the Chapter 11 filing. The Debtors' operating expenses during the same thirty (30) day period should be negligible.

Dated:  New York, New York
        December 30, 2025


By: /s/ Nicholas Vogelson
    _____
    Nicholas Vogelson

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re:                                                                    Chapter 11 Sub V
                                                                                Case No. 25-
DOCUMENT PRINTING LLC,

                              Debtor.
_____X

## **CORPORATE RESOLUTION**

At the meeting of the Board of Directors of Document Publishing LLC(the "Company"), a New York Corporation, it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

**Whereas**, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 Sub Chapter V of the United States Code;

**Be It Therefore Resolved**, that Nicholas Vogelson, as President of the Company ("Nicholas"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Sub Chapter V voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that Nicholas Vogelson is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

**Be It Further Resolved**, that Nicholas Vogelson is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case.

Dated: New York, New York
December 30, 2025

By: _____
Nicholas Vogelson